SAE TECHNICAL
PAPER SERIES

**960435**

# Roof-Crush Strength Improvement Using Rigid Polyurethane Foam

Kurt Lilley
Foamseal Urethane Technology - ITW

A. Mani
EASi Engrg.

Reprinted from: Topics in Vehicle Safety Technology
(SP-1139)



*The Engineering Society
For Advancing Mobility
Land Sea Air and Space*®
**INTERNATIONAL**

International Congress & Exposition
Detroit, Michigan
February 26-29, 1996

400 Commonwealth Drive, Warrendale, PA 15096-0001 U.S.A.   Tel: (412)776-4841   Fax:(412)776-5760

GRCC 35646

PRODUCED BY FORD

The appearance of the ISSN code at the bottom of this page indicates SAE's consent that copies of the paper may be made for personal or internal use of specific clients. This consent is given on the condition however, that the copier pay a $7.00 per article copy fee through the Copyright Clearance Center, Inc. Operations Center, 222 Rosewood Drive, Danvers, MA 01923 for copying beyond that permitted by Sections 107 or 108 of U.S. Copyright Law. This consent does not extend to other kinds of copying such as copying for general distribution, for advertising or promotional purposes, for creating new collective works, or for resale.

SAE routinely stocks printed papers for a period of three years following date of publication. Direct your orders to SAE Customer Sales and Satisfaction Department.

Quantity reprint rates can be obtained from the Customer Sales and Satisfaction Department.

To request permission to reprint a technical paper or permission to use copyrighted SAE publications in other works, contact the SAE Publications Group.



**GLOBAL MOBILITY** DATABASE

*All SAE papers, standards, and selected books are abstracted and indexed in the Global Mobility Database.*

No part of this publication may be reproduced in any form, in an electronic retrieval system or otherwise, without the prior written permission of the publisher.

**ISSN 0148-7191**
**Copyright 1996 Society of Automotive Engineers, Inc.**

Positions and opinions advanced in this paper are those of the author(s) and not necessarily those of SAE. The author is solely responsible for the content of the paper. A process is available by which discussions will be printed with the paper if it is published in SAE Transactions. For permission to publish this paper in full or in part, contact the SAE Publications Group.

Persons wishing to submit papers to be considered for presentation or publication through SAE should send the manuscript or a 300 word abstract of a proposed manuscript to: Secretary, Engineering Meetings Board, SAE.

**Printed in USA**                                                          96-0049

GRCC 35647

PRODUCED BY FORD

960435

# Roof-Crush Strength Improvement Using Rigid Polyurethane Foam

**Kurt Lilley**
Foamseal Urethane Technology - ITW

**A. Mani**
EASi Engrg.

Copyright 1996 Society of Automotive Engineers, Inc.

## ABSTRACT

Rigid, polyurethane foam filling is currently being used for NVH (Noise, Vibration and Harshness) improvement in many automobiles. The improvement is typically achieved by the injection of the rigid polyurethane foam into the thin-walled, hollow sections of the body members such as the pillars and rocker panels. The foam seals the cavities thereby blocking the transmission and amplification of wind, engine and road noises. Also, by increasing the stiffness of the members and the joints, the body natural frequencies are increased thereby reducing the vibration.

Another potential application of the rigid polyurethane foam is strength improvement of the body structures. Thin-walled, hollow sections are inherently susceptible to buckling due to section collapse. When filled with the rigid polyurethane foam, the section collapse can be significantly reduced thereby increasing the strength of such structures, in addition to the demonstrated NVH improvement.

Bending tests (4-point) of foam-filled steel sections were performed to show the effectiveness of various densities of foam in improving the strength in the flexural mode. These tests were replicated in nonlinear finite element simulations to establish the appropriate material characteristics including fracture properties. Additionally, these tests served to identify the appropriate density range for roof-crush strength improvement. Subsequently, nonlinear finite element analyses were performed to simulate the roof crush test per FMVSS 216 (Federal Motor Vehicle Safety Standards) at the A-pillar roof joint. The study shows that the strength can be improved substantially by using rigid polyurethane foam. By using foam, it is possible to reduce the pillar sections, reduce the thicknesses or eliminate reinforcements inside the pillars and thereby offset the mass increase due to the foam filling. Also, a possible design concept utilizing the foam filling in a B-pillar that could meet the interior head impact requirements (per the FMVSS 201 Head Impact Protection upgrade) is presented.

## RIGID POLYURETHANE FOAM AND ITS PRIMARY APPLICATIONS TO THE BODY STRUCTURE

Polyurethane foam is the end product in the exothermic chemical reaction of two components; a formulated resin and isocyanate. The two components react quickly to form a rigid, closed-cell foam. The foam expands in-situ to seal cavities (Figure 1). Low density foam (2 pounds per cubic foot (pcf)) is currently being used for NVH (Noise, Vibration, and Harshness) improvement in many automobiles. The improvement is typically achieved by injecting the foam into the hollow cavities of the body sections such as the pillars, cowl and rocker panels. Figure 2 shows the typical foam-in-place areas. With the foam-in-place process, the foam seals the cavities thereby blocking the transmission and amplification of the wind, engine and road noise. It has been shown that the low density foam (2 pcf) is quite effective in reducing the noise transmission to the vehicle interior [1]. Other foam sealing capabilities include sealing water and dust leaks and reducing air leakage to optimize the HVAC (heating, ventilation and air-conditioning) operation.

Higher strength foam can provide additional NVH, structural and safety benefits. In addition to blocking the noise, air and water paths, the higher strength rigid foam (generally referred to as structural foam) can provide stiffness to hollow body sections and joints. The increased joint stiffness improves vehicle dynamics and gives the vehicle a solid, integrated "feel." In one production vehicle, vehicle handling was drastically improved and the interior noise level measured at the driver's right ear was reduced by 10 decibels [2].

Typical compressive strength properties of the rigid foam from 2 to 30 pcf density is shown in Figure 3. The compressive strength is taken from foam block samples tested per ASTM D-1621.

Structural foam can significantly improve the stiffness of automotive joints. The Auto/Steel Partnership, through the Ford High Strength Steel (HSS) Industry Resource Group (IRG), studied the ability of polyurethane structural foam to improve joint stiffness.

GRCC 35648

PRODUCED BY FORD

For baseline and correlation data, a production B-pillar to rocker section was tested quasi-statically. Three cases were tested: baseline (no foam), foam filled with 5 pcf and 30 pcf density. The 5 pcf improved the fore/aft stiffness by 25%, the inboard/outboard stiffness by 75% and the torsional stiffness by 250%. The 30 pcf foam improved the fore/aft stiffness by 100%, the inboard/outboard stiffness by 200% and the torsional stiffness by 500%. Using finite element modeling the study optimized the section for joint stiffness, weight and cost by varying the metal type and gauge, foam location, quantity and density [3].

In production, a vehicle uses a 25 pcf density foam applied to the B-pillar to Rocker area. Four-corner post shaker testing of the vehicle discovered that the metal in this area was fatiguing and cracking after 10% of 1 lifetime cycle. The addition of the foam allowed the vehicle to achieve 110% of 1 lifetime cycle without metal failure because of the increased joint stiffness and load distribution.



Figure 2: Conventional Foam-in-Place Application Areas



Figure 1: In-situ Application and Expansion of Foam



Figure 3: Stress-Strain of Polyurethane Foam (Compressive, ASTM D-1621)

RIGID POLYURETHANE FOAM APPLICATION PROCESS

The application of polyurethane foam in automotive vehicles is proven technology. The foam-in-place process has been in production since 1982 and over 2 million North American cars and trucks a year use low and high density foam for various purposes. Both low and high density foams can be applied to the vehicle in the same application area at the assembly plant.

During the vehicle assembly, the foam-in-place process is performed between the paint and trim operations. The injected foam has excellent adhesion properties when applied to electrocoated or painted surfaces. Foam assumes the shape of the cavity and

36

GRCC 35649

PRODUCED BY FORD

remains intact over the life of the vehicle. There are no corrosive effects or foam degradation evident in durability testing or production vehicles.

The foam process is safe and environmentally sound. It is typically applied by operators wearing safety glasses and gloves in a downdraft-ventilation booth. The foam chemicals do not contain ozone-depleting chemicals or heavy metals. The foam is also environmentally safe for landfill disposal and it has no adverse affect on vehicle steel recycling.

The foam chemicals are available in drums, returnable liquid bins or tank trucks. Specialized equipment is necessary to heat, meter, and dispense the 1:1 volume ratio foam components. The ergonomic hand-held gun is used to mix and dispense the foam into the cavities. The injection gun is self-cleaning, requires no solvent flush and is long-lasting. Typically more than 250,000 shots are dispensed before gun service is required.

Presently all applications are done manually on an assembly line. Robotic application of foam is in development. Figure 4 shows the injection of low density foam with a robot, and a close-up of the robot end-of-arm tooling. The end-of-arm tooling holds the material supply hoses and the injection gun. This gun is the same as the "ergonomic hand-held gun" except the handle is removed for attachment to the robot arm.

Foam offers considerable design flexibility to automotive manufacturers. In addition to the availability of various foam densities, shot placement and the amount dispensed per shot are easily modified as necessary.

## RIGID POLYURETHANE FOAM FOR ROOF-CRUSH STRENGTH

The industry is becoming aware of the potential of structural foam fillers as a viable alternative to conventional methods to improve the strength of the body structure. Structural composites based on epoxies, ceramics and glass micro-bubbles are very effective but they have not been economical or easily processed. However, it is felt that rigid, polyurethane foam can be cost-competitive to conventional alternatives such as steel reinforcements. In an extensive study to reduce roof crush in controlled rollover crash tests, structural foam filling was utilized [4]. In a recent production vehicle, structural foam is added to the A and B pillars to preserve the strength of the roof, add rigidity, absorb noise and vibration without adding significant weight [5]. The density of the foam material is a critical parameter for strength applications as higher density implies higher strength as well. However, the mass penalty would be high as well and therefore it is important to a) select a suitable density range and b) apply foam in the critical areas of deformation only. Four-point bending tests of foam-filled tubes and nonlinear finite element simulations were first performed to select a suitable density range of foam filling.





Figure 4: Robotic Application of Foam (above) and Robotic End-of-arm Tooling w/Dispense Gun (below)

## BENDING TESTS OF FOAM-FILLED TUBES

Under roof-crush loading, the predominant mode of deformation is the bending of the pillars. Therefore, 4-point bending tests were performed as shown in the schematic (Figure 5) to evaluate the improvement in bending strength. An unfilled steel tube was first tested to establish its load capacity. The rectangular section

GRCC 35650

PRODUCED BY FORD



Figure 5: Schematic of 4-point Bending Test

steel tubes were filled with 3 pcf, 6 pcf and 18 pcf density of polyurethane foam and the tests repeated.

The deformed shapes of the end section of the unfilled tube and a filled tube (3 pcf) are shown in Figure 6. It is seen that there is severe section collapse in the unfilled tube. The force-deflection curves are plotted in Figure 7. The deformed shapes of all the tubes showing the bending mode is shown in Figure 8 (It is to be noted that all the tubes were not tested through the same displacement). Indentations are seen clearly in the filled tubes at the point of load application. These indentations are caused by the foam compression locally and they should not be mistaken for section collapse. The end sections far away from the loading points show severe collapse in the unfilled case due to panel buckling whereas the end sections are preserved in the filled tubes. Although the foam is brittle and fractures beyond a certain tensile load, it is still functional as it is




Figure 6: Deformation of the End Sections of the Tubes from Bending Tests (Unfilled & 3pcf)



Figure 7: Force Vs Deflection Curves of the Tubes from Bending Tests

entrapped within the closed section of the steel tube. This "entrapment" is a key to the load carrying capacity of the tube being maintained or increased whereas the unfilled tube shows a significant reduction in the load capacity after the peak load is reached (Figure 7). In an open section structure, foam filling is not likely to be as effective beyond certain loading because the fractured foam would dislodge and not be entrapped. It is also seen (Figure 7) that the peak load of the unfilled tube is much lower than the filled tubes with various densities. The plots also show that the indentations in the filled tubes do not result in a load reduction.

## NUMERICAL SIMULATION OF THE BENDING TESTS

As full-scale roof-crush tests were expensive and time-consuming, it was decided that numerical simulations of the roof-crush be carried out to evaluate the effectiveness of foam and to identify the critical areas of foam application. However, a key element of the simulations was the appropriate characterization of the material properties of the rigid foam material. For

GRCC 35651

PRODUCED BY FORD



Figure 8: Deformed Shapes of Tubes from Bending Tests (Unfilled, 3pcf, 6 pcf and 18 pcf)



Figure 9: Deformed Shapes of End Sections of Tubes from Simulation (Unfilled and 6 pcf)

GRCC 35652

PRODUCED BY FORD

this reason numerical simulations of the bending tests were carried out.

The bending test was simulated using a nonlinear, finite element model. The analyses were performed using the transient, nonlinear code LS-DYNA3D [6]. Solid elements were used to model the foam and a polyurethane foam (Material Number 57) material model was utilized. The compressive strength characteristics parallel to the direction of rise was utilized as the foam, after injection into the tube, is likely to rise along the axis of the tube, which is also the bending axis. The tensile modulus was assumed to be the same as that of the compressive modulus and an elongation limit of 5 % was also assumed [7]. The end section deformed shapes of the filled and unfilled tubes as seen in the simulation are shown in Figure 9. Also, the force-deflection curves from the tests and simulations are shown in Figure 10. It is seen that the mode of deformation and load capacities computed in the simulations compare well with those obtained from the



Figure 11: Plot of Bending Strength Vs Foam Density



Figure 10: Comparison of Bending Test Force-Deflection Curves with Simulation

tests. A plot of the bending strength of these tubes against the density of foam used is depicted in Figure 11. It is noticed that even a low density foam (3 pcf) provides significant improvement (nearly twice) in bending strength as compared to the strength of the unfilled tube. Also, the bending stiffness of these tubes is plotted as a function of the density in Figure 12. This was plotted by calculating the slopes of the force-deflection curves in the bending tests at about 1 mm deflection. Here again the increase in stiffness is nearly linear with increasing density.

## EVALUATION OF ROOF-CRUSH STRENGTH WITH FOAM FILLING

A finite element model of a pick-up truck cab was used to simulate the roof-crush test per FMVSS 216.



Figure 12: Plot of Bending Stiffness Vs Foam Density (@ 1mm deflection)

The bending tests demonstrated that the polyurethane foam can improve the component strength linearly as a function of the density. For this reaon, a suitable density depends on the strength improvement desired. Therefore, several simulations were carried out a) to evaluate foams of various densities and b) to identify critical areas of foam application for roof crush loading.

GRCC 35653

PRODUCED BY FORD

 

Figure 13: Undeformed and Deformed Shape of B-pillar under Roof Crush (Unfilled)

The undeformed and deformed shape of the unfilled structure is shown in Figure 13. It is seen that the B-pillar shows substantial bending about the belt-line level. Filling the B-pillar ring with(i.e., the B-pillars and the rear roof header as shown in Figure 15) raised the strength of the roof by 72%, as seen from the force-deflection curves shown in Figure 14. Having established the potential of foam filling to raise the roof crush strength, additional studies were performed by using lower densities of foam in selected regions.

The next two configurations used a much lower density of foam (5 pcf). These were: A-pillar filled with 5 pcf foam and only the upper B-pillar filled with 5 pcf foam. Since most of the deformation of the B-pillar structure happened above the belt line (Figure 13), it was felt that filling the upper B-pillar would be effective and efficient. It is seen that filling the A-pillar does not result in a strength improvement of 2% only(Figure 16). This is attributed to the fact that the B-pillar, with its considerably larger section, carries most of the load. In comparison, filling only the upper portion of the B-pillars resulted in a substantial (14%) strength improvement (Figure 16).

Next, a simulation was carried out with a smaller B-pillar section filled with foam, with the objective of obtaining the same strength as the original unfilled B-pillar. The idea was to offset the strength reduction due to the reduced section by foam filling. This section (Figure 17) had a 20 mm lesser width than the original section. First a 5 pcf filling was used in the reduced section. The strength was seen to be lower (by 5%) than that of the original unfilled B-pillar (Figure 18). Therefore, a higher density foam (9 pcf) was used for the filling. This configuration resulted in nearly the same strength as the unfilled B-pillar with the original section (Figure 18). The deformed shape of the B-pillar under the roof crush load is shown in Figure 19. Thus, it is seen that foam filling can help reduce the section sizes



Figure 14: Light Truck Roof Crush Load Vs Deflection (Unfilled and with 30 pcf foam in B-Pillar Ring)

in the B-pillars without appreciable loss of strength or increase in mass (Table 1). The roof crush strengths for the various B-pillar configurations are summarized in Table 1.

41

**GRCC 35654**

PRODUCED BY FORD



Figure 15: Design Configurations of Foam Filled Roof Structure

GRCC 35655

PRODUCED BY FORD



Figure 16: Light Truck Roof Crush Load Vs Deflection



Figure 18: Light Truck Roof Crush Load Vs Deflection)

## HEAD IMPACT CONSIDERATIONS IN DESIGNING FOAM-FILLED PILLARS

A design concept of the B-pillar section is presented in Figure 20. The space saved by using the foam could be utilized for adding energy-absorbing (EA) trim or foam that could help meet the proposed FMVSS 201 Head Injury Criterion (HIC) requirements for head impacts against the interior upper vehicle structure[8]. Such space saving is significant because thick padding of the interior upper roof structure could result in reduced interior room and reduce the driver's field of view as well. In a study that evaluated various families of foams for head impact protection, it has been shown that adding a 12.5 mm to 25.0 mm thick EA foam layer reduces the HIC values by nearly 20 % in many locations [9].

## CONCLUSIONS

Based on this study, the following conclusions can be drawn:

o Foam filling with rigid, polyurethane foam can improve the strength of the thin-walled, hollow structures such as the B-pillars. Numerical simulations of the bending tests also replicates this improvement.

o The higher the density of polyurethane foam the higher the strength and stiffness provided to such structures. The foam density and the areas of application can be optimized for a given application based on weight, cost, strength and stiffness improvement requirements.



Figure 17: Design Concept for a Reduced Section B-pillar

43

GRCC 35656

PRODUCED BY FORD



Figure 19: Undeformed and Deformed Shape of B-pillar under Roof Crush (Reduced Section with Foam)



Figure 20: Reduced Section B-pillar Design Concept for Head Impact Protection

o Filling the A-pillar with 5 pcf polyurethane foam did not result in an appreciable improvement of the roof crush strength for the light truck studied.

o The upper portion of the B-pillars has been identified as a critical region for foam filling for roof crush. Also, a 5 pcf density rigid polyurethane foam can provide a roof crush strength improvement of 14 % with a mass penalty of 1.24 kg per vehicle.

o A polyurethane foam filled B-pillar design concept has been evolved. This section, while being significantly smaller (20 mm less width), provides the same roof crush strength because of the added strength provided by the foam filling.

o The 20 mm space gained could be utilized to add energy absorbing structures such as extended ribs under the trim, foam padding or additional steel structures to meet the recently issued head impact requirements (FMVSS 201 upgrade) in the B-pillar.

This concept of "foam filled and padded hollow members" could be potentially extended to other members such as headers and roof rails.

44

GRCC 35657

PRODUCED BY FORD

| Design Configuration | Maximum Roof Crush Load (N) | Weight of B-pillar (excluding foam) (Kg) | Weight of Foam Filling in each B-Pillar (Kg) | Total Weight of each B-pillar (Kg) |
|---|---|---|---|---|
| 1. Original B-Pillar Section (Unfilled) | 51,745 | 11.18 | - | 11.18 |
| 2. Original B-Pillar Section; B-Pillar Ring Filled (with 30 pcf Foam) | 89,170 | 11.18 | 4.3 | 15.48 |
| 3. Original A-Pillar Section (with 5pcf) ; Original B-Pillar Section | 52,780 | 11.18 | 0.16 | 11.34 |
| 4. Original B-Pillar Section (Filled with 5pcf) | 59,200 | 11.18 | 0.62 | 11.80 |
| 5. Reduced Section B-Pillar (Filled with 5 pcf) | 49,160 | 10.02 | 0.38 | 10.40 |
| 6. Reduced Section B-Pillar (Filled with 9 pcf) | 52,800 | 10.02 | 0.66 | 10.68 |

Table 1: Roof Crush Strength Improvement with Foam Filling

## ACKNOWLEDGEMENT

The authors wish to thank Mr. Huzeir Lekovic and Mr. Peter Hyde-Smith, Foamseal Inc. for generating the foam physical property data and Mr. Kiran Sambatur, Mr. Nagappan Sekkappan and Mr. Ramakrishnan Maruthayappan, EASi Engineering for assisting in the numerical simulations. Also, the authors wish to thank Mr. Stephen Summers, NHTSA for the provision of the finite element model of the pick-up truck cab.

## REFERENCES

1. Art Goldman and Kurt Lilley, "NVH Improvement with Two-Component Polyurethane Foam," Automotive Body Interior & Safety Systems, IBEC, Sep 26-29, 1994.

2. "Big Wheels Keep on Rolling," Automotive Industries Magazine, p42, October, 1988.

3. "Auto/Steel Partnership HSS Stamping and Design Manual Supplement," Auto/Steel Partnership, Ford High Strength Steel (HSS) Industry Resource Group Joint Stiffness Study, Mike Jensen, Ford, Chairman, 1996.

4. "Rollover Roof Crush Study," Final Report submitted to NHTSA by EASi Engineering, Contract No. DTNH22-92-D-07323, Project No. NRD-01-2-07387, June, 1993.

5. Infiniti Q45 Function Brochure, #94-100 (3/93-125M), 1993.

6. LS-DYNA3D Users Manual, Livermore Software Technology Corporation, 1994.

7. Properties of Rigid Urethane Foams, Dupont Hylene Organic Isocyanate Bulletin E-08934, Wilmington, DE, 1992.

8. FMVSS Head Impact Protection, Final Rule, Federal Register, Volume 60, No. 160, August 18, 1995

9. "Cost and Leadtime Estimates for Improved Pillar Padding, Automatic Slack Adjusters, Visual Brake Adjustment Indicators and Tractor/Trailer ABS Connections," Final Report, Contract # DTNH22-90-02001, Engineering Analysis Services, Inc. and Pioneer Engineering and Manufacturing Co., January 31, 1991.

GRCC 35658

PRODUCED BY FORD