1999 MY Commercial Truck Program

(F250 HD to FT900)

**Board of Directors Meeting Presentation**

March 14, 1996

PHNC 04917

Produced by Ford Subject to Protective Order

# 1999 MY Commercial Truck Program
## Product Slides

- Like to show 1999 MY Commercial Truck products. Lineup has three cab configurations -- Regular, Super (4-Door), and Crew (4-Door). Shown are:

> F250HD Regular Cab - 3/4 Front View

- Regular Cab with high-level trim and 8 foot box. Line-up researched very well with tough, aggressive appearance; achieved best ratings among progressive buyers. Trucks have largest interior package and best-in-class payload and towing capability.

> F250HD 4-Door Super Cab - All 4 Doors Open

- Four-door feature shown here is industry first; standard on Super Cab.

Page 3

PHNC 04922
Produced by Ford Subject to Protective Order

Safety
Handling

PHNC 04929
Produced by Ford Subject to Protective Order



1999 PHN131 Program <PC>

## FINANCIAL SUMMARY - NORTH AMERICA

**SUMMARY**
- PHN131 was deferred five months (to January 1998 Job #1) to respond to affordability concerns and to improve the financial equation; timing of the deferral prior to design freeze provided greater flexibility to improve the financial equation than permitted on other recent programs (e.g., PN96). With the deferral, the PHN131 team and matrix functions launched several joint initiatives to reduce investment and variable cost (e.g., Structures Task Force, VA/VE) to improve further the PHN131 business proposition. As a result, the marketing equation is more realistic and deliverable, investment was reduced by over $600 million from the SP Cost Request status (March 1995), and by $117 million from <PI> status (not shown) to near target (unchanged), and variable cost was reduced substantially; <PC> variable cost objective is $558 per unit better than <PI> status (not shown) and $305 below <PI> target. As a result, cycle average profit is equal to guideline.

**VOLUME**
- PHN131 FPVs (Issue 95B) average 301,000 units annually. CPVs average 340,000; assembly capacity at 352,000 units (including 55,000 at Cuautitlan) is 12,000 higher than CPV requirements.

**PROGRAM EXPENDITURES**
- **Objective and Status.** Objective at $1,865 million is consistent with <PI> Target and the Affordable Business Structure. <PI> target was set with maximum "stretch" (established prior to Dodge T300 introduction). F&T per unit of capacity is about $3,500, equal to Dodge T300 (Exhibit IVf). Engineering efficiency is estimated equal to Dodge (55% of PHN131 parts are reused from Ford carryover components and industry standard parts). Status at $1,881 million is $16 million over objective, reflecting higher assembly investment. Roadmap actions have been identified and are in process to achieve objective by <PC> approval in March 1996.

**REVENUE**
- **Strategy.** The proposed Light (F250HD-F450) and Medium (F/B Series) truck pricing strategy positions PHN131 equal to Chevrolet/GMC and, on average, $450 below Dodge (on an equipment-adjusted basis), providing greater customer value.
- **Light Truck.** Revenue is projected to increase $1,031 per unit (vs. prior model year), or 5%, reflecting 1.8% for regulatory and other new equipment (e.g., modular engines, driver air bag), 2.2% for mix and rates and options (e.g., passenger air bag, SuperDuty Plus), and 1% for competitive pricing.
- **Average vs. Base.** Although the average increase is substantial, attention has been focused on the base vehicle (3.2%, or $531, increase on average) to ensure affordability for fleet and retail customers. The value model with the 4.2L engine could permit a price position below the 1997 product.
- **Medium Truck.** The Medium Truck year-to-year increase is $2,561, or 8.6%, reflecting 7/10 of a percent for new equipment, 6.9% for mix and rates (primarily deletion of gas engine), and 1% for competitive pricing.
- **Pricing Assumptions Revision.** Average PHN131 revenue is down $1,034 per unit since <PI>, reflecting more conservative pricing assumptions, revised content, lower Light Truck option revenue, a downward realignment in Canada, and lower pricing in Mexico, reflecting economic factors.

**VARIABLE COST**
- **Objective.** The average variable cost objective of $15,863 is $305 below the <PI> Target and is consistent with benchmarking (Exhibit VII) and the Affordable Business Structure.
- **Increase vs. Prior Model.** Average vehicle variable cost at Job #1 is projected to increase by $1,609 ($1,626 for Light, $1,451 for average Medium, and zero for Medium base), reflecting modular engine/diesel electronics and regulatory requirements (e.g., emissions, 4 wheel ABS), competitive actions (e.g., larger cab), substantial quality improvements, and new features and options. Six months after Job #1, the increase for Light Truck declines to $1,381 per unit, reflecting aggressive cost reduction actions. The value entry model with a 4.2L engine would reduce the light truck year-over-year cost increase to about $800.
- **Status.** Average variable cost status is equal to objective.
- **Labor Costs.** The labor objective is labor cost equivalent to 12 hours, up 1.5 hours compared with the prior model, reflecting product content, offset partially by labor efficiency actions. An initiative is underway to drive toward carryover labor cost.

**PROGRAM PROFITABILITY**
- **Variable Margin Objective.** Cycle-average variable margin objective is 32%; status is equal to objective. For 1999-model, status is 29.3%, up from 1995 and in line with 1996 and 1997 margins (Exhibit VIII).
- **Profit Objective.** The average vehicle profit objective is $3,131 per unit and 13.3% Return on Sales, consistent with the Affordable Business Structure (Light Truck 14.5%, Medium Truck 6%); status is equal to objective. Results for Mexico (not shown) reflect variable profit but an accounted loss; factors including a positive economic outlook, product importance to dealers, and incremental profitability support maintaining business presence.

**RECOMMENDATION**
- Proceed to the March 14, 1996 Board of Directors meeting for Program Approval and funding.

nafinsum.wp5

- 3b -

CONFIDENTIAL

PHNC 04937
Produced by Ford Subject to Protective Order



1999 PHN131 Program <PC>

Exhibit III

## VOLUMES



* Pickup and O/8500# Segments include estimates for selected markets.

As background, the full size pickup and medium truck market in North America, Brazil and Argentina is 2.1 million units in 1995. The over 8500# segment within this market was 677,000 units in 1995 or 32%. Segment is anticipated to remain constant; segment volume will grow consistent with the industry.

The over 8500# GVW segment includes pickups, chassis cabs, medium trucks and stripped chassis. Key reasons for purchase are quality, cost of ownership, function, comfort and safety.

Ford share of the over 8500# GVW segment presently is 47% in North America and 28% in Argentina/Brazil, with combined sales of 311,000 units for 1995. The growth in Ford volume in 1998 and beyond reflects the addition of several new niche product offerings. Major competitors in North America are Chevrolet C/K and Kodiak, Dodge Ram and Navistar medium truck. In Argentina/Brazil, major competitors are GM, Mercedes and Volkswagen. Most competitors are anticipated to introduce major change, or all new products, in the 1999-2000 period.

Target customers are commercial buyers from small businesses to large corporations and personal use buyers requiring trailer tow.