**EXHIBITS 1-80 TO PLAINTIFFS' ADDITIONAL STATEMENT OF FACTS**

Exhibits 1-80 are on file with the with the Clerk's Office on a CD.