UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| CARYL E. TAYLOR, Individually and as personal representative of the estate of MARK E. TAYLOR, deceased,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CV-06-69-B-W<br>)<br>)<br>)<br>) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On March 28, 2008, the United States Magistrate Judge filed her Recommended Decision regarding the Defendant's Motion for Summary Judgment. The Defendant filed an objection to the Recommended Decision along with a Motion for Oral Argument on April 11, 2008. The Plaintiff filed a response to the Defendant's objections on April 28, 2008. The Defendant's Motion for Oral Argument was granted, and the Court held a hearing on May 27, 2008. The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; it has made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and concurs with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determines that no further proceeding is necessary.

1. It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby AFFIRMED.

2. It is further ORDERED that the Defendant's Motion for Summary Judgment (Docket # 43) is DENIED.

SO ORDERED.

                    /s/ John A. Woodcock, Jr.
                    JOHN A. WOODCOCK, JR.
                    UNITED STATES DISTRICT JUDGE

Dated this 27th day of May, 2008

/s/ John A. Woodcock, Jr.